

United States District Court
For The District of Wyoming

**1:46 pm, 1/30/23**

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| JAMES HELLWIG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | Civil No. 21-CV-195-F |

## JUDGMENT IN A CIVIL ACTION

　　This action having come before the Court for a trial by jury commencing on January 23, 2023 and concluding on January 27, 2023.  These issues have been tried, the jury has rendered its verdict in favor of Defendant, BNSF Railway Company, and the Court has ordered that Judgment be entered accordingly.

　　Plaintiff, James Hellwig, shall take nothing and Defendant, BNSF Railway Company is entitled to judgment in its favor on all claims asserted against them by Plaintiff.

　　Dated this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk of Court or Deputy Clerk*